UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CONNIE LYNN CHRISTIAN,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY et al.,<br><br>　　　　　　　　Defendants. | Case No. 21-12321<br>Honorable Shalina D. Kumar<br>Magistrate Judge Kimberly G. Altman |

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 22) AND DISMISSING PLAINTIFF'S COMPLAINT (ECF NO. 1)**

　　Plaintiff Connie Lynn Christian, proceeding *pro se*, sued defendants Ford Motor Company and IUAW Ford Department. She alleges Ford discriminated and retaliated against her in terminating her employment with Ford. ECF No. 1. This case was referred to the assigned magistrate judge for all pretrial purposes. ECF No. 16.

　　On September 1, 2022, the assigned magistrate judge issued a Report and Recommendation (R&R). ECF No. 22. The R&R recommends that the Court dismiss plaintiff's complaint without prejudice under Federal Rule of Civil Procedure 41(b) because plaintiff did not show good cause for her on-going failure to prosecute her case, or comply with the issued order

to show cause, which required her to file an amended complaint or state her intent to proceed with the original one. *Id.*; ECF No. 19. Neither party filed an objection to the R&R.

The Court has reviewed the record and the R&R is hereby **ADOPTED** and entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that plaintiff's complaint (ECF No. 1) is **DISMISSED** without prejudice and plaintiff's motion to remove defendant and request a reprieve date (ECF No. 20) is **DENIED AS MOOT**.

Dated: October 31, 2022

s/Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge